A. G. M. ROBERTSON *v.* GRACE BLACK PA.

No. 2301.

SUBMITTED JANUARY 15, 1937.     DECIDED JANUARY 15, 1937.

COKE, C. J., BANKS AND PETERS, JJ.

*Per Curiam.* The above cause coming on this 15th day of January, 1937, for argument by counsel and the Honorable Samuel B. Kemp, Attorney General of the Territory, appearing in court and announcing that it was his desire and intention to withdraw the demurrer of respondent, the reserved question herein will be unanswered and the cause is hereby remanded to the circuit court for such further proceedings as may be appropriate.

*S. B. Kemp*, Attorney General, and *G. P. Kimball*, Deputy Attorney General, for the demurrer.

*Hewitt & Tavares* for the reserved question.